IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NADINE A. HEMMINGHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV-00736-CDP |
| | ) |
| STATE OF MISSOURI, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO FILE MOTION FOR MENTAL EXAMINATION OF PLAINTIFF

Defendants for their Motion to File Under Seal, state:

1. Plaintiff and defendants have been working under a proposed protective order, which has not been filed with this court.

2. Within Defendants' Motion for Mental Examination of Plaintiff is confidential medical information.

3. Defendants request to file their Motion for Mental Examination of Plaintiff and exhibit in support under seal.

WHEREFORE, the defendants request this Court grant this Motion and permit defendants to file their Motion for Mental Examination of Plaintiff and exhibit in support of their motion under seal and for all other proper relief to which they may be entitled.

2

       Respectfully submitted,

       **CHRIS KOSTER**
       Attorney General

       /s/ *Julianne O'Bannon Germinder*
       Julianne O'Bannon Germinder
       Assistant Attorney General
       Missouri Bar No. 60836

       Michael Kopp
       Assistant Attorney General
       Missouri Bar No. 63944

       P.O. Box 899
       Jefferson City, MO 65102
       (573) 751-4692
       (573) 751-9456 Facsimile

       Julianne.Germinder@ago.mo.gov
       Michael.Kopp@ago.mo.gov

       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Susan M. Andorfer
111 W. Washington Street
Suite 200
Belleville, IL  62220

*Julianne O'Bannon Germinder*
Assistant Attorney General