IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NADINE A. HEMMINGHAUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV-00736-CDP |
| | ) | |
| STATE OF MISSOURI, | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR DEFENDANTS' MOTION TO STRIKE TESTIMONY OF PLAINTIFF'S DESIGNATED MEDICAL EXPERT WITNESSES TO REMAIN UNDER SEAL**

Defendants for their Motion to Strike to Remain Under Seal, state:

1. The parties have entered a protective order concerning the treatment of confidential information disclosed and produced in this action.

2. Within Defendants' Motion To Strike Testimony of Plaintiff's Designated Medical Expert Witnesses is confidential medical information.

3. Earlier in this matter, the Court granted both parties the ability to file documents—pursuant to the protective order—under seal. Doc. No. 47.

4. Defendants inadvertently filed the Motion to Strike on November 2, 2012 without sealing the document (Doc. No 68).

5. Defendants understand that the Clerk's office has filed the document under seal per their request.

6. Defendants request their Motion to Strike and supporting exhibits remain under seal.

WHEREFORE, the defendants request this Court grant this Motion so that their Motion To Strike and exhibits in support of its motion (Doc. No. 68) may remain under seal.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ *Michael W Kopp*
Michael Kopp
Assistant Attorney General
Missouri Bar No. 63944

Julianne O'Bannon Germinder
Assistant Attorney General
Missouri Bar No. 60836

P.O. Box 899
Jefferson City, MO 65102
(573) 751-4692
(573) 751-9456 Facsimile

Julianne.Germinder@ago.mo.gov
Michael.Kopp@ago.mo.gov

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Susan M. Andorfer
111 W. Washington Street
Suite 200
Belleville, IL  62220

*Michael W Kopp*
Assistant Attorney General