UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NADINE HEMMINGHAUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11 CV 736 CDP |
| ) | |
| STATE OF MISSOURI and ) | |
| GARY GAERTNER, JR., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants State of Missouri and Gary Gaertner, Jr., shall have summary judgment against plaintiff Nadine Hemminghaus, and plaintiff Nadine Hemminghaus' complaint is **DISMISSED** with prejudice, with plaintiff to bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2013.