# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI EASTERN DIVISION

| | | |
|---|---|---|
| NADINE A. HEMMINGHAUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV-00736-CDP |
| | ) | |
| STATE OF MISSOURI, et al,. | ) | |
| | ) | |
| Defendants | ) | |

## ENTRY OF APPEARANCE

Paul M. Brown, Chief Counsel Litigation, Office of the Missouri Attorney General, hereby enters his appearance on behalf of defendant, Gary M. Gaertner Jr.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

/s/ *Paul M. Brown*
Paul M. Brown #28109
Chief Counsel- Litigation
Office of the Missouri Attorney
General
815 Olive Street
St. Louis, MO 63101
(314) 340-7861 Telephone
(314) 340-7029 Facsimile

*Attorney for Defendant Gaertner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronically filing system upon all counsel of record.

_Paul M. Brown_
Assistant Attorney General