# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No: 13-1566

Nadine A. Hemminghaus

Appellant

v.

State of Missouri and Gary M. Gaertner, Jr.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:11-cv-00736-CDP)

---

### ORDER

The Electronic Frontier Foundation and five persons have moved to intervene in this matter and to unseal the court's opinion. Appellant Hemminghaus is directed to respond to this motion. The response is due by 5:00 p.m. on Tuesday, September 20, 2020, and will be filed under seal.

September 03, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

RECEIVED
SEP 0 3 2020
BY MAIL

13-1566

Mr. James G. Woodward
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO 63102-0000

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
OFFICE OF THE CLERK
ST. LOUIS, MO 63102



RECEIVED
SEP 0 3 2020
BY MAIL